FILED - MQ
May 1, 2024 3:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: ___ / ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TAYLOR MAYO,

    Defendant.
_____/

2:24-cr-11
Robert J. Jonker
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**Abusive Sexual Contact**

Between on or about December 20, 2013, and on or about September 11, 2014, in Baraga County, in the Western District of Michigan, Northern Division, within the exterior boundaries of the L'Anse Indian Reservation, Defendant,

**TAYLOR MAYO,**

an Indian, knowingly engaged in and intentionally caused sexual contact with another person; that is, the intentional touching of Defendant's penis by the hand of minor victim, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person. At the time, minor victim had attained the age of 12 and had not attained the age of 16 years and was at least four years younger than Defendant.

18 U.S.C. § 2244(a)(3)
18 U.S.C. § 2243(a)
18 U.S.C. § 2246(3)
18 U.S.C. § 1151
18 U.S.C. § 1153

MARK A. TOTTEN
United States Attorney

Date: May 1, 2024

THEODORE J. GREELEY
Assistant United States Attorney